**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Shaniqua Terry, et al.
                        Plaintiff,

v.                                              Case No.: 1:23–cv–01276
                                                     Honorable Young B. Kim

Hermes Hospitality Group LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 6, 2024:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for approval of settlement [63] is granted. Given that the specific terms of the settlement agreement between Plaintiffs and Defendant are confidential, the court agrees to review the terms in camera under Rule 1 as this is the just, speedy, and inexpensive way to resolve this collective action. Based on this court's review of the motion, the settlement agreement, and the notices of acceptance of the settlement terms each Plaintiff has executed, the court finds the terms of the agreement, including the amount of the fees and expenses, to be fair and reasonable. However, given that Defendant has not yet made the agreed upon settlement payments under the agreement, and the court is to retain jurisdiction under the agreement, the court dismisses the case without prejudice for now. Plaintiffs are to notify the court by email once all payment terms have been satisfied. Once notified, the court enter an order dismissing the action with prejudice. Civil case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.